UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONIT CHAMANI, individually and derivatively on behalf of the investors of Quasar Mining Group Inc.

*Plaintiffs*

v.

QUASAR MINING GROUP INC.

and

PAUL TYREE

and

NICHOLAS GUBITOSI

*Defendants*.

Case No.: 20-cv-3874 (NRB)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Defendants Quasar Mining Group Inc., Paul Tyree, and Nicholas Gubitosi's (collectively, the "Defendants") motion to withdraw Rory T. Kay and Amanda C. Yen of McDonald Carano Wilson LLP as counsel of record for the Defendants in the above-captioned action (Dkt. 22) is granted.

WHEREAS, the instant action commenced with a January 13, 2020 complaint originally filed in the District of Nevada (Dkt. 1), for which the Defendants retained Mr. Kay and Ms. Yen of McDonald Carano Wilson LLP based in Las Vegas, Nevada as local counsel;

WHEREAS, the Honorable James C. Mahan of the District of Nevada transferred the case to this Court on May 18, 2020 (Dkt. 20);

WHEREAS, the services of Mr. Kay and Ms. Yen of McDonald Carano LLP as Nevada local counsel are no longer required;

WHEREAS, Jack Yoskowitz and Sareen K. Armani of Seward & Kissel LLP remain counsel of record for the Defendants;

IT IS HEREBY ORDERED that Rory T. Kay and Amanda C. Yen's appearances are withdrawn effective immediately, and that they be removed from the Court's docket for the above-captioned action.

SO ORDERED:

_____
U.S.D.J.

Dated:   New York, New York
         July 15, 2020