```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
RONIT CHAMANI,

            Plaintiff,
                                              O R D E R
      - against -
                                            20-cv-3874(NRB)
QUASAR MINING GROUP, PAUL TYREE, AND
NICHOLAS GUBITOSI,

            Defendants.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         August 7, 2020

                            NAOMI REICE BUCHWALD
                            UNITED STATES DISTRICT JUDGE